THE STATE EX REL. EARL, APPELLANT, v. SHAFER,
CUSTODIAN OF RECORDS, APPELLEE.

[Cite as *State ex rel. Earl v. Shafer* (1999), 85 Ohio St.3d 370.]

(No. 98–2548—Submitted March 9, 1999—Decided April 28, 1999.)

*Jonathan Earl, pro se.*

*Betty D. Montgomery,* Attorney General, and *Jihad M. Smaili,* Assistant Attorney General, for appellee.

**Per Curiam.** We affirm the dismissal of Earl's mandamus action. Earl has an adequate legal remedy by way of a declaratory judgment action in common pleas court to correct his prison record. *State ex rel. Konoff v. Shafer* (1997), 80 Ohio St.3d 294, 295–296, 685 N.E.2d 1248, 1249–1250; *State ex rel. Yonkings v. Ohio Dept. of Rehab. & Corr.* (Oct. 28, 1993), Franklin App. No. 93AP–655, unreported, 1993 WL 435190, affirmed (1994), 69 Ohio St.3d 70, 630 N.E.2d 365. There is no evidence of any present injury to Earl that would prevent a declaratory judgment from providing a complete, beneficial, and speedy remedy. *Konoff,* 80 Ohio St.3d at 295–296, 685 N.E.2d at 1250, citing *Schrader v. Vilevac* (Jan. 31, 1996), Lorain App. No. 95CA006187, unreported, 1996 WL 37762.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.